# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PBS Brand Co., LLC, *et al.*,[1] | Case No. 20-13157 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the below attorneys enter their appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2002-1, on behalf of Robert Thompson. The attorneys below request, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them. Pursuant to Bankruptcy Rule 7005 and Local Bankruptcy Rule 5005-4(c), counsel opts-in to electronic service at the email addresses set forth below:

| | |
|---|---|
| Stephen J. Astringer | Mark B. Joachim |
| **POLSINELLI PC** | **POLSINELLI PC** |
| 222 Delaware Ave., Suite 1101 | 1401 Eye ("I") Street, N.W., Suite 800 |
| Wilmington, Delaware 19801 | Washington, DC 20005 |
| Facsimile: (302) 252-0921 | Facsimile: (202) 783-3300 |
| sastringer@polsinelli.com | mjoachim@polsinelli.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are (1) PBS Brand Co., LLC, a Delaware limited liability company (7897), (2) Punch Bowl Social, Inc., a Delaware corporation (9826), (3) Punch Bowl Arlington, LLC, a Delaware limited liability company (7250), (4) Punch Bowl Atlanta Battery, LLC, a Delaware limited liability company (8973), (5) Punch Bowl Austin, LLC, a Delaware limited liability company (0366), (6) Punch Bowl Chicago West Loop, LLC, a Delaware limited liability company (4024), (7) Punch Bowl Cleveland, LLC, a Delaware limited liability company (8583), (8) Punch Bowl Dallas Deep Ellum, LLC, a Delaware limited liability company (8239), (9) Punch Bowl, LLC, a Colorado limited liability company (2287), (10) Punch Bowl Indianapolis, LLC, a Delaware limited liability company (0144), (11) Punch Bowl Minneapolis, LLC, a Delaware limited liability company (9815), (12) Punch Bowl Sacramento, LLC, a Delaware limited liability company (8092), and (13) Punch Bowl SanDiego, LLC, (6440).

75904467.1

limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Robert Thompson's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Robert Thompson is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 23, 2020  **POLSINELLI PC**

*/s/ Stephen J. Astringer*
Stephen J. Astringer (Del. Bar No. 6375)
222 Delaware Ave, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
sastringer@polsinelli.com

-and-

Mark B. Joachim
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 772-8477
Facsimile: (202) 783-3300
mjoachim@polsinelli.com

*Counsel for Robert Thompson*

75904467.1