**Exhibit A**

Business Plan

FILED UNDER SEAL