# EXHIBIT A

**PBS BRAND CO, LLC,** *et al.*

Liquidation Analysis ($000's)

| Assets | | Plan (A) | | Chapter 7 |
|---|---|---|---|---|
| Cash | $ | 1,000.0 | $ | 1,000.0 |
| Other Assets, including Causes of Action (B) | | Unknown | | Unknown |
| Gross Liquidation Proceeds | $ | 1,000.0 | $ | 1,000.0 |
| | | | | |
| Less: Adminstrative Expense Claims | | | | |
| Chapter 7 Trustee Commissions | $ | - | $ | (50.0) |
| Professional Fees (C) | | (150.0) | | (300.0) |
| United States Trustee Fees (D) | | (10.0) | | (20.0) |
| Total Administrative Expense Claims | $ | (160.0) | $ | (370.0) |
| | | | | |
| Net proceeds Available for Unsecured Creditors | $ | 840.0 | $ | 630.0 |
| Class 4 General Unsecured Claims (E) | $ | 14,500.0 | $ | 14,500.0 |
| | $ | (840.0) | $ | (630.0) |
| Recovery Percentages | | 5.8% | | 4.3% |

(A) For purposes of the liquidation analysis, the Debtors focused upon the difference in distributions for Class 4 (General Unsecured Claims), as compared between the Plan and conversion to Chapter 7.  The reason for focusing on Class 4 is because the percentage of distributions to be received on account of all other classes of Claims are fixed under the Plan

(B) Does not include recoveries by GUC Trust for causes of action and excluded asset sales

(C) Under the Plan, much of the wind-down costs are to be performed by the Plan Administrator, which will be funded by the Purchaser. The tasks to be performed by the Plan Administrator, which include preparing tax returns, reviewing and objecting to priority and administrative claims, and other administrative and wind-down expenses, are estimated to be $150,000.  The GUC Trust will also incur legal fees and expenses for certain tasks, including claims review and  other wind-down expenses (not including pursuit of Causes of Action), which the Debtors estimate to be $150,000.

(D) The Plan Administrator and the GUC Trust will each be responsible for a portion of the payment of quarterly U.S. Trustee fees, which the Debtors estimate will be $10,000 each (for a total of $20,000).

(E) The total amount of Class 4 Claim and the distriburtion to be received on account of such claims may be affected by the outcome of litigation with respect the the Sortis Limited Objection.  Such outcome would be the same under the Plan and in Chapter 7.