IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PBS BRAND CO., LLC, *et al.*, | Case No. 20-13157-JKS<br>(Jointly Administered) |
| Debtors.[1] | **Ref. No. 409** |

## ORDER AMENDING SALE ORDER

Upon the request of the above-captioned debtors (the "Debtors") for entry of an Order revising this Court's Order Granting the Debtors' Motion for Approval of (I)(A) the Debtors Entry into Stalking Horse Agreement and Related Bid Protections; (B) The Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (C) The Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, and (E) Dates for an Auction and Sale Hearing, (II)(A) the Sale of Substantially All of the Debtors Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (B) the Debtors Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief and (IV) Granting

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are (1) PBS Brand Co., LLC, a Delaware limited liability company (7897), (2) Punch Bowl Social, Inc., a Delaware corporation (9826), (3) Punch Bowl Arlington, LLC, a Delaware limited liability company (7250), (4) Punch Bowl Atlanta Battery, LLC, a Delaware limited liability company (8973), (5) Punch Bowl Austin, LLC, a Delaware limited liability company (0366), (6) Punch Bowl Chicago West Loop, LLC, a Delaware limited liability company (4024), (7) Punch Bowl Cleveland, LLC, a Delaware limited liability company (8583), (8) Punch Bowl Dallas Deep Ellum, LLC, a Delaware limited liability company (8239), (9) Punch Bowl, LLC, a Colorado limited liability company (2287), (10) Punch Bowl Indianapolis, LLC, a Delaware limited liability company (0144), (11) Punch Bowl Minneapolis, LLC, a Delaware limited liability company (9815), (12) Punch Bowl Sacramento, LLC, a Delaware limited liability company (8092), (13) Punch Bowl SanDiego, LLC, a Delaware limited liability company (6440), (14) Punch Bowl Austin Congress, LLC a Delaware limited liability company (0964), and (15) Punch Bowl Ranchocucamonga, LLC, a Delaware limited liability company (6646).

12852983/1

Related Relief [Docket No. 409] (the "Sale Order"); the Court having found that cause exists for the amendment to the Sale Order, it is hereby

ORDERED THAT the Sale Order is hereby revised and amended solely to replace Paragraph 51 of the Sale Order as follows

51. As further set forth in Sections 2.6 and 2.7 of the Purchase Agreement, the Purchaser shall have the right, but not the obligation, to exercise the PSS Option in respect of any PSS Entity on the terms set forth therein through the earlier of (i) the last day of the Designation Period in respect of Punch Bowl Portland, LLC and Punch Bowl Schaumburg, LLC, (ii) March 20, 2021 in respect of Punch Bowl Stapleton, LLC, and (iii) the date that Buyer gives Brand Co and the Committee written notice that it irrevocably waives the PSS Option rights provided in this sentence (the "PSS Exercise Date"). In exchange for the PSS Option, the Supporting Lender shall continue to provide the amounts authorized under the Final DIP Order to be paid in the ordinary course of business, including with respect to the lease for the premises occupied by Punch Bowl Portland, LLC through and including the applicable PSS Exercise Date.

and it is further

ORDERED THAT, the Court shall retain exclusive jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of the Sale Order, including the revisions contained herein.

Dated: May 6th, 2021
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE